## CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Jerardo Jay ROSALES**; DOB: 1984; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>23-02095MJ |

Complaint for violations of Title 18, United States Code §§ 111(a)(1) and (b), 922(g)(1), and 924(a)(8)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

COUNT ONE: On or about October 17, 2023, at or near Tucson, within the District of Arizona, **Jerardo Jay ROSALES**, did intentionally and forcibly assault Special Deputy United States Marshal P.L., an officer of the United States as defined by 18 U.S.C. § 1114, while he was engaged in and on account of the performance of his official duties, by shooting P.L. in the left arm with a pistol, a deadly or dangerous weapon, causing bodily injury to P.L.'s left arm, in violation of Title 18, United States Code, Sections 111(a)(1) and (b).

COUNT TWO: Between on or about October 17, 2023, and on or about October 20, 2023, at or near Tucson, within the District of Arizona, **Jerardo Jay ROSALES**, having been previously convicted of a crime punishable by imprisonment for a term exceeding one year; did knowingly possess a firearm and ammunition, that is; one SCCY 9mm pistol, bearing serial number C286250, and 20 rounds of .223 ammunition; said firearm and ammunition not being manufactured in Arizona thus affecting commerce in that they previously were transported into the state of Arizona from another state or foreign country; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On October 17, 2023, Special Deputy United States Marshal P.L. was shot in a drive-by shooting while conducting surveillance in the 7-11 parking lot located at the intersection of East 29th Street and South Columbus Boulevard, Tucson, Arizona. At the time of the shooting, P.L. was engaged in the performance of his official duties as a member of the United States Marshals Task Force. The suspect vehicle in the shooting was a dark colored 4-door sedan. Through review of closed-circuit television cameras located at the 7-11 and the apartment complex across the street from the 7-11, law enforcement officers were able to determine the suspect vehicle (SV) driven by the perpetrator(s) of the drive-by shooting. Moments before the shooting, the SV approached the entrance gate of 2020 South Columbus Boulevard. At that time, the entrance gate was blocked by a vehicle and the SV turned around and drove to the 7-11 parking lot where the perpetrator(s) committed the shooting.

On October 20, 2023, law enforcement officers located a vehicle that matched the description of the SV parked in the parking lot of 2020 South Columbus Boulevard (the apartment complex across from the 7-11). The vehicle was a Hyundai Sonata with Arizona license plate Z5A6TC. The vehicle is registered to Jerardo Jay ROSALES. While agents were observing the Sonata, ROSALES approached the agents and began speaking with them. ROSALES indicated he had served 10 years in prison, but he was allowed to have guns. Agents could see a gun box in plain view on the rear floorboard of the vehicle. Agents asked ROSALES if the gun was located in the Sonata. ROSALES replied that the gun was located in his residence. An NCIC criminal history query indicated that ROSALES was convicted of escape from custody, and a review of ROSALES' criminal history showed that he served a 10-year prison sentence for the aforementioned felony conviction with no indication that Rosales had his right to possess firearms restored. Records from the apartment complex located at 2020 South Columbus Boulevard indicated that Jerardo Rosales, with a 1984 date of birth matching ROSALES', is the lessee of apartment 465. (continued on page 2)

MATERIAL WITNESSES IN RELATION TO THE CHARGE: None

| DETENTION REQUESTED | SIGNATURE OF COMPLAINANT |
|---|---|
| Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | Daniel Douglass   DANIEL DOUGLASS<br>Digitally signed by DANIEL DOUGLASS<br>Date: 2023.10.24 16:03:10 -07'00' |
| AUTHORIZED by AUSA Matthew C. Cassell | OFFICIAL TITLE<br>Special Agent, Federal Bureau of Investigation |

Sworn and subscribed to telephonically.

| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>October 24, 2023 |
|---|---|

1) See Federal rules of Criminal Procedure Rules 3 and 54

Law enforcement agents executed a federal search warrant on Apartment 465 on October 20, 2023, and concluded their search in the early morning hours of October 21, 2023. Inside the apartment, officers found the following firearms and ammunition: one (1) one SCCY 9mm pistol, bearing serial number C286250, and 20 rounds of .223 ammunition. Law enforcement agents confirmed that the firearms and ammunition were not manufactured in the District of Arizona.

After agents seized the SCCY 9mm pistol from ROSALES' apartment, Tucson Police Department laboratory personnel compared the projectiles recovered from P.L.'s vehicle to the firing characteristics of the pistol. On October 23, 2023, agents learned that the TPD concluded that the projectiles recovered from the vehicle driven by P.L. were fired by the firearm recovered from ROSALES' apartment.